UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

May 25, 2017



Jefferson County Circuit Clerk
Jefferson County Courthouse
The 10th Judicial Circuit - Jefferson County, Birmingham Division
716 Richard Arrington Jr Blvd. N
Birmingham, AL 35203

IN RE : VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  -  MDL CASE NO. 15-md-2672 CRB (JSC)

RE:   State of Alabama  v.  Volkswagen AG et al.
         16-cv-6389-CRB

Your Case Number: CV-2016-903390

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)   Certified copies of docket entries
   (x)   Certified copies of Remand Order
   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

by:  Maria Loo
Case Systems Administrator